

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00581-CV

**IN THE INTEREST OF J.J.R. AND D.A.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-09583
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is affirmed. Costs of appeal are assessed against Appellant, Angelica F.

SIGNED September 7, 2016.

_____
Jason Pulliam, Justice